# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MAY FEY ALEXANDER, an individual, | NO.  3:05-cv-5089-FDB |
| Plaintiffs, | |
| vs. | STIPULATION AND ORDER CONTINUING TRIAL DATE |
| REGENCY PACIFIC, INC., a Washington Corporation; REGENCY AT PUYALLUP, a licensed nursing care facility operated by Regency Pacific; JUDY LEAF and "JOHN DOE" LEAF, and the marital community comprised thereof; SHEILA McDONOUGH and "JOHN DOE" McDONOUGH, and the marital community comprised thereof; LINDA WHITMAN and "JOHN DOE" WHITMAN, and the marital community comprised thereof, | **CLERK'S ACTION REQUIRED** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, the plaintiff appearing through ALVIN D. MAYHEW, JR., associated counsel with TIMOTHY M. GREENE OF GREENE & LLOYD,PLLC, and the defendants appearing by and through their attorney, THOMAS H. GRIMM, that the trial in the above matter currently scheduled for February 26, 2007 be continued.

Stipulation and Order Continuing -1
Trial Date

ALVIN D. MAYHEW, JR.
ATTORNEY AT LAW
P. O. BOX 247 • 112 WEST MEEKER
PUYALLUP, WASHINGTON 98371
253-845-1791  FAX: 253-840-1656

1   DATED this 8th day of January, 2007.

2

3

4   ___/s/_____          ___/s/_____
    ALVIN D. MAYHEW, JR. WSBA # 6639         THOMAS H. GRIMM WSBA # 3853
5   Attorney for Plaintiff                   Attorney for Defendants

6

7

8                                   **ORDER**

9   Based upon the foregoing stipulation, it is hereby

10  ORDERED, ADJUDGED AND DECREED that trial in the above matter is hereby

11  continued to the 3rd day of December, 2007.

12

13  DATED this 9th day of January, 2007.

14

15
                                     _/s/ Franklin D Burgess_____
16                                   FRANKLIN D. BURGESS
                                     United States District Judge
17
    Presented by:
18

19

20  ___/s/_____
    ALVIN D. MAYHEW, JR. WSBA #6639
21  Attorney for Plaintiff

22  Approved for entry; notice of presentation waived:

23

24  ___/s/_____
    THOMAS H. GRIMM WSBA # 3853
25  Attorney for Defendants

26

Stipulation and Order Continuing -2
Trial Date

ALVIN D. MAYHEW, JR.
ATTORNEY AT LAW
P. O. BOX 247 • 112 WEST MEEKER
PUYALLUP, WASHINGTON 98371
253-845-1791   FAX: 253-840-1656